**David Louis WHITEHEAD,**
**Plaintiff–Appellant,**

v.

**MACY'S INC.; Ann Taylor, Inc.; Unnamed Co-conspirators IMG Models; IMG World and Employees, Defendants–Appellees.**

**David Louis Whitehead,**
**Plaintiff–Appellant,**

v.

**Paramount Pictures, Inc.; Dreamwork Pictures, Inc.; MTV of Viacom, Inc.; Viacom, Inc.; MGM, Inc.; Sony, Inc.; IMG Models, Inc.; IMG World, Inc.;**

---

Vogue; Vogue Italy; NBC–Universal Pictures, Inc.; Lionsgate Entertainment, Inc.; Time Warner; Southeastern University; Corcoran College of Arts & Design; Strayer University; Electronic Arts Sports, Inc.; Midway Games; Midway Home Entertainment Company; Warner Bros., Inc.; Turner Broadcasting Station; International Art Fair, Art Basel; Grant Hyatt Hotel Washington; Alpha Kappa Alpha Sorority, Inc.; 20th Century Fox Film, Inc.; Walt Disney/ABC, Inc.; Macy's, Inc., Defendants–Appellees.

**David Louis Whitehead,**
**Plaintiff–Appellant,**

v.

**Paramount Pictures, Inc.; Dreamwork Pictures, Inc.; MTV of Viacom, Inc.; Viacom, Inc.; MGM, Inc.; Sony, Inc.; IMG Models, Inc.; IMG World, Inc.; Vogue; Vogue Italy; NBC–Universal Pictures, Inc.; Lionsgate Entertainment, Inc.; Time Warner; Southeastern University; Corcoran College of Arts & Design; Strayer University; Electronic Arts Sports, Inc.; Midway Games; Midway Home Entertainment Company; Warner Bros., Inc.; Turner Broadcasting Station; International Art Fair, Art Basel; Grant Hyatt Hotel Washington; Alpha Kappa Alpha Sorority, Inc.; 20th Century Fox Film, Inc.; Walt Disney/ABC, Inc.; Macy's, Inc., Defendants–Appellees.**

Nos. 08–2047, 09–1213, 09–1270.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 3, 2009.

David Louis Whitehead, Appellant Pro Se. Andrew Steven Cabana, Joseph Erwin Schuler, Jackson Lewis, LLP, Reston, Virginia; Justin Florence, O'Melveny & Myers, LLP, Washington, D.C., for Appellees.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Louis Whitehead seeks to appeal the district court's orders denying his motion to recuse the district court judge; ruling on six separate motions filed by Whitehead; and denying a stay or reconsideration of the district court's order disposing of Whitehead's six motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Whitehead seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Whitehead's July 2, 2009 motion to consolidate eight pending appeals and dismiss these three consolidated appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*